**Morris SALTER and Judy Salter, Respondents,**

v.

**Louis EAGAN, d/b/a Eagan's Quality Furniture, Inc., and Katelin's Fine Furniture, Appellant.**

**No. WD 71916.**

Missouri Court of Appeals, Western District.

Feb. 1, 2011.

Louis Eagan, Richmond, MO, Appellant, pro se.

Mark A. Goodwin, Richmond, MO, for Respondents.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and THOMAS H. NEWTON and ALOK AHUJA, Judges.

### Order

PER CURIAM:

Louis Eagan, d/b/a Eagan's Quality Furniture, Inc., and Katelin's Fine Furnishings, appeals from a dismissal of his untimely filed application for trial *de novo* before the Circuit Court of Ray County. Because the deadline for filing an application for trial *de novo* from an adverse

small claims ruling is absolute, the Ray County Circuit Court did not err in dismissing Eagan's untimely application, and we affirm in this *per curiam* order. We have provided the parties a legal memorandum explaining our ruling today. Rule 84.16(b).